IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use of DYC ELECTRIC SRVC, LLC , <br><br>          Plaintiff, <br><br>     vs. <br><br>MILCON CONSTRUCTION, LLC, a Foreign Limited Liability Company; THE HANOVER INSURANCE COMPANY, a Delaware corporation, <br><br>          Defendants. | CV 20-00226 DKW-WRP <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 02, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendations to Grant Joint Motion to Confirm Arbitration Award", ECF No. 41 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 21, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge